IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK, et al., | No. C 96-01486 CRB |
| Plaintiffs, | **ORDER DENYING REQUEST TO CHANGE DATE FOR EVIDENTIARY HEARING** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

This Court is in receipt of Defendants' request to change the scheduled date for an evidentiary hearing. Plaintiffs oppose the request.

The evidentiary hearing was originally scheduled for November 12, 2009, and has been repeatedly rescheduled. The most recent scheduled date is for April 26, 2010. This date was selected at the request of Defendants.

Because this date was selected by Defendants, the argument that the date now proves to be inconvenient is less compelling. Because of the delay already incurred, and the failure to show good cause, Defendants' request is DENIED.

**IT IS SO ORDERED.**

Dated: February 16, 2010    CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1996\1486\Evidentiary Hearing\Ordering Denying Hearing Postponement.wpd