1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  SARA NORMAN – 189536
   SUSAN CHRISTIAN – 121210
3  PENNY GODBOLD – 226925
   ZOE SCHONFELD - 243755
4  General Delivery
   San Quentin, California 94964
5  Telephone: (510) 280-2621

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DERRICK CLARK, et al., | Case No. C 96-1486 CRB |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS OF TRIAL WITNESSES |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | Action filed: April 22, 1996 |

On December 2, 2009, Judge Vadas ordered that Plaintiffs could take eleven depositions but that Plaintiffs must seek a court order for any depositions over this number. The parties have agreed to allow depositions of each other's trial witnesses for cases-in-chief, and are working to determine mutually agreeable times for those depositions.

IT IS HEREBY STIPULATED by the parties that each side may depose the other side's trial witnesses listed on the witness lists exchanged on February 1, 2010.

This stipulation and order does not alter the discovery cut-offs previously

Stip and Order on Trial Witness Depos
*Clark v. California*, C 96-1486 CRB                1

established.

Dated: February 26, 2010

Respectfully submitted,

PRISON LAW OFFICE

By: _____/s/_____
Sara Norman
Attorneys for Plaintiffs

Dated: February 26, 2010

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JULIANNE MOSSLER
Deputy Attorney General

_____
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
Attorneys for Defendants State of California, et al.

IT IS SO ORDERED.

Dated: ~~February~~ March 1, 2010

_____
The Honorable Charles Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stip and Order on Trial Witness Depos
*Clark v. California*, C 96-1486 CRB

2