**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DERRICK CLARK, et al., | No. CV 96-1486 CRB/NJV |
| Plaintiffs, | **ORDER RE: DEPOSITION OF DR. LEONE** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court's courtroom deputy has been contacted by Dr. Peter Leone, one of the court-appointed expert witnesses in this matter, who indicated that the Defendants wish to take his deposition but there is a dispute as to payment of the costs associated therewith. The Court orders the parties to cooperate to determine the most-cost effective means of obtaining Dr. Leone's deposition testimony in a timely manner, such as via video conference. Should the parties remain unable to resolve these issues on their own, they may file letter briefs no longer than one (1) page in length by 5:00 p.m. on Monday, March 15, 2010 and the Court will decide the issues on the papers. Counsel for Plaintiffs shall forthwith serve a copy of this order upon Dr. Leone.

**IT IS SO ORDERED.**

Dated: March 10, 2010

NANDOR J. VADAS
United States Magistrate Judge