**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. CV 96-1486 CRB/NJV<br><br>**ORDER RE: COMPLIANCE WITH LOCAL RULES** |

    Since February 25, 2010, the parties have filed a number of discovery-related motions and other documents. To date, the Court has not received a single chambers copy of any of those motions/documents. As stated in Civil Local Rule 5-1(b), "if the matter has been assigned to the Eureka venue, the [chambers] copy must be mailed to the chambers of the Eureka Magistrate Judge." *See also* Paragraphs 4 and 13 of the Standing Orders of Magistrate Judge Nandor J. Vadas, which may be found at www.cand.uscourts.gov under "Judges." The parties are hereby ordered to ensure that chambers copies of all motions (and related documents) that will be decided by this court are lodged in accordance with the local rules and the court's standing orders.

**IT IS SO ORDERED.**

Dated: March 10, 2010

NANDOR J. VADAS
United States Magistrate Judge