| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | DANIELLE F. O'BANNON<br>Deputy Attorney General |
| 4 | JULIANNE MOSSLER<br>Deputy Attorney General |
| 5 | JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General |
| 6 | State Bar No. 227108<br>  455 Golden Gate Avenue, Suite 11000 |
| 7 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5781 |
| 8 |   Fax:  (415) 703-5843<br>  E-mail:  Jose.ZelidonZepeda@doj.ca.gov |
| 9 | *Attorneys for Defendants*<br>*State of California, et al.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>                              Plaintiffs,<br><br>        v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | C 96-1486 CRB<br><br>**[PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE PHILLIP HOUSEKNECHT**<br><br>Date:           April 26, 2010<br>Time:          9:30 a.m.<br>Courtroom: 8, 19th Floor<br>Judge          The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

Inmate, Phillip Houseknecht, No. G59870, a necessary and material witness in proceedings in this case beginning on April 26, 2010, at 9:30 a.m., is confined at Richard J. Donovan Correctional Facility.  In order to secure this inmate's attendance at the evidentiary hearing scheduled for April 26, 2010, at 9:30 a.m. in Courtroom 8 of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the Warden of the Richard J. Donovan Correctional Facility, custodian of Phillip Houseknecht, CDCR No. G59870, to produce said inmate in Courtroom 8 of the United

1  States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable
2  Charles R. Breyer presiding, beginning on April 26, 2010 at 9:30 a.m. and the subsequent hearing
3  days beginning at 9:30 a.m.
4      ACCORDINGLY, IT IS ORDERED that:
5      1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
6  commanding Richard J. Donovan Correctional Facility, and the California Department of
7  Corrections and Rehabilitation to produce inmate Phillip Houseknecht, CDCR No. G59870, to
8  testify in the United States District Court for the Northern District of California at the time and
9  place above, and from day to day until completion of court proceedings or as ordered by the
10 Court, and thereafter to return the inmate to the above institution.
11     2.    The custodian is ordered to notify the Court of any change in custody of this
12 inmate and is ordered to provide the new custodian with a copy of this writ.
13     3.    In light of the security concerns posed by inmate Houseknecht, CDCR No.
14 G59870, CDCR or the U.S. Marshal Service shall produce inmate Houseknecht to the court in
15 whatever security restraints it deems appropriate.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

17     To: The Warden of Richard J. Donovan Correctional Facility
18         480 Alta Road, San Diego, California, 92179.
19     YOU ARE COMMANDED to produce inmate Phillip Houseknecht, CDCR No.
20 G59870, to testify in the United States District Court for the Northern District of California at the
21 time and place above, and from day to day until completion of court proceedings or as ordered by
22 the Court, and thereafter to return the inmate to the above institution.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and are ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 3/23/10

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*

~~The Honorable Charles R. Breyer~~
~~United States District Judge~~
Nandor J. Vadas
United States Magistrate Judge

CF1997CS0006
40438332.doc

3

[Prop.] Writ for inmate Houseknecht  (C 96-1486 CRB)