| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | DANIELLE F. O'BANNON<br>Deputy Attorney General |
| 4 | JULIANNE MOSSLER<br>Deputy Attorney General |
| 5 | JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General |
| 6 | State Bar No. 227108<br> 455 Golden Gate Avenue, Suite 11000 |
| 7 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5781 |
| 8 |  Fax:  (415) 703-5843<br> E-mail:  Jose.ZelidonZepeda@doj.ca.gov |
| 9 | *Attorneys for Defendants*<br>*State of California, et al.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>                                Plaintiffs,<br><br>       v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                Defendants. | C 96-1486 CRB<br><br>**[PROPOSED]** WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE RONALD BLAKE<br><br>Date:              April 26, 2010<br>Time:             9:30 a.m.<br>Courtroom:    8, 19th Floor<br>Judge             The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

Inmate, Ronald Blake, No. G42383, a necessary and material witness in proceedings in this case beginning on April 26, 2010, at 9:30 a.m., is confined at California Substance Abuse Treatment Facility and State Prison at Corcoran.  In order to secure this inmate's attendance at the evidentiary hearing scheduled for April 26, 2010, at 9:30 a.m. in Courtroom 8 of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the Warden of the California Substance Abuse Treatment Facility and State Prison at Corcoran**,** custodian of Ronald Blake, CDCR No. G42383,

to produce said inmate in Courtroom 8 of the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Charles R. Breyer presiding, beginning on April 26, 2010 at 9:30 a.m. and the subsequent hearing days beginning at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding California Substance Abuse Treatment Facility and State Prison at Corcoran, and the California Department of Corrections and Rehabilitation to produce inmate Ronald Blake, CDCR No. G42383, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. In light of the security concerns posed by inmate Blake, CDCR No. G42383, CDCR or the U.S. Marshal Service shall produce inmate Blake to the court in whatever security restraints it deems appropriate.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of California Substance Abuse Treatment Facility and State Prison at Corcoran, California

900 Quebec Avenue, Corcoran, CA 93212

YOU ARE COMMANDED to produce inmate Ronald Blake, CDCR No. G42383, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

/ / /

/ / /

/ / /

/ / /

/ / /

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and are ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 3/23/10

The Honorable
United States
Nandor J. Vadas
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*

CF1997CS0006
40438332.doc

3

[Prop.] Writ for inmate Blake (C 96-1486 CRB)