1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  SARA NORMAN – 189536
   SUSAN CHRISTIAN – 121210
3  PENNY GODBOLD – 226925
   ZOE SCHONFELD - 243755
4  General Delivery
   San Quentin, California 94964
5  Telephone: (510) 280-2621

6  Attorneys for Plaintiffs

7              IN THE UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10

11 DERRICK CLARK, et al.,                    )
                                             )
12          Plaintiffs,                      )   Case No. C 96-1486 CRB
                                             )
13 v.                                        )   **STIPULATION AND [PROPOSED]**
                                             )   **ORDER REGARDING PRETRIAL**
14                                           )   **DEADLINES**
                                             )
15 STATE OF CALIFORNIA, et al.,              )
                                             )
16          Defendants.                      )   Action filed: April 22, 1996
                                             )
17 _____)

18

19         At the Case Management Conference of January 12, 2010, the Court directed the

20 parties to work out prehearing deadlines in this matter.  Civil Minute Order, January 12,

21 2010 (Docket #297).  Accordingly, the parties have stipulated to the following adjusted

22 deadlines.

23         The Court's Guidelines for Trial and Final Pretrial Conference in Civil Bench

24 Cases requires that  motions in limine be served 20 days before the final pretrial

25 conference.  Since the final pretrial conference in this case is set for April 2, 2010, any

26 motions in limine must be served by March 15, 2010.  Oppositions to motions in limine

27

28 Stip and Order on Pretrial Deadlines
   *Clark v. California*, C 96-1486 CRB              1

1  must be served 10 days before the final pretrial conference, or by March 23, 2010.  The

2  parties hereby stipulate to modify these dates, and serve motions in limine on March 19

3  and oppositions to motions in limine on March 26.  The moving party will file the

4  collated motions/oppositions on March 26.

5      The parties further stipulate that proposed findings of fact and conclusions of law

6  will not be included in the joint proposed final pretrial order, to be filed March 26, but

7  will instead be filed following the hearing, at a date to be set by the Court.

8      IT IS SO STIPULATED.

9  Dated: March 12, 2010        PRISON LAW OFFICE

10
                              By: _____/s/_____
11                             Sara Norman
12                             Attorneys for Plaintiffs

13  Dated: March 12, 2010        EDMUND G. BROWN JR.
14                             Attorney General of California
                              JONATHAN L. WOLFF
15                             Senior Assistant Attorney General
                              DANIELLE F. O'BANNON
16                             Deputy Attorney General
                              JULIANNE MOSSLER
17                             Deputy Attorney General
18
19                             By: _____/s/_____
                              JOSE A. ZELIDON-ZEPEDA
20                             Deputy Attorney General
21                             Attorneys for Defendants State of California, et al.

22

23      IT IS SO ORDERED.

24
   Dated: March _23_, 2010
25
                              IT IS SO ORDERED
26                             Judge Charles R. Breyer
27

28  Stip and Order on Pretrial Deadlines
   *Clark v. California*, C 96-1486 CRB