EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JULIANNE MOSSLER
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants*
*State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 96-1486 CRB<br><br>[~~PROPOSED~~] WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE TAIJUAN COLBERT<br><br>Date:         April 26, 2010<br>Time:         9:30 a.m.<br>Courtroom:  8, 19th Floor<br>Judge:        The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

Inmate, Taijuan Colbert, No. P92976, a necessary and material witness in proceedings in this case beginning on April 26, 2010, at 9:30 a.m., is confined at California State Prison, Los Angeles County.  In order to secure this inmate's attendance at the evidentiary hearing scheduled for April 26, 2010, at 9:30 a.m. in Courtroom 8 of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the Warden of the California State Prison, Los Angeles County, custodian of Taijuan Colbert, CDCR No. P92976, to produce said inmate in Courtroom 8 of the United States

1

1  District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Charles
2  R. Breyer presiding, beginning on April 26, 2010 at 9:30 a.m. and the subsequent hearing days
3  beginning at 9:30 a.m.
4      ACCORDINGLY, IT IS ORDERED that:
5      1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
6  commanding California State Prison, Los Angeles County, and the California Department of
7  Corrections and Rehabilitation to produce inmate Taijuan Colbert, CDCR No. P92976, to testify
8  in the United States District Court for the Northern District of California at the time and place
9  above, and from day to day until completion of court proceedings or as ordered by the Court, and
10 thereafter to return the inmate to the above institution.
11     2.    The custodian is ordered to notify the Court of any change in custody of this
12 inmate and is ordered to provide the new custodian with a copy of this writ.
13     3.    In light of the security concerns posed by inmate Colbert, CDCR No. P92976,
14 CDCR or the U.S. Marshal Service shall produce inmate Colbert to the court in whatever security
15 restraints it deems appropriate.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

17     To:  The Warden of California State Prison, Los Angeles County
18     44750 60th Street West, Lancaster, California, 93536.
19     YOU ARE COMMANDED to produce inmate Taijuan Colbert, CDCR No. P92976,
20 to testify in the United States District Court for the Northern District of California at the time and
21 place above, and from day to day until completion of court proceedings or as ordered by the
22 Court, and thereafter to return the inmate to the above institution.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   FURTHER, you have been ordered to notify the Court of any change in custody of the

2   inmate and are ordered to provide the new custodian with a copy.

3   IT IS SO ORDERED.

4  
    Dated: 3/26/10

5   _____
    The Honorable Charles R. Breyer
6   United States District Judge
    NANDOR J. VADAS
7   UNITED STATES MAGISTRATE JUDGE

    CF1997CS0006
8   40438332.doc

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*

3

[Prop.] Writ for inmate Colbert  (C 96-1486 CRB)