EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JULIANNE MOSSLER
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5781
  Fax:  (415) 703-5843
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants*
*State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | C 96-1486 CRB<br><br>[PROPOSED] **WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE GARY LUIS DAVENPORT**<br><br>Date:         April 26, 2010<br>Time:        9:30 a.m.<br>Courtroom:  8, 19th Floor<br>Judge         The Honorable Charles R. Breyer<br>Action Filed:  April 22, 1996 |

Inmate, Gary Luis Davenport No. K72303, a necessary and material witness in proceedings in this case beginning on April 26, 2010, at 9:30 a.m., is confined at California Rehabilitation Center.  In order to secure this inmate's attendance at the evidentiary hearing scheduled for April 26, 2010, at 9:30 a.m. in Courtroom 8 of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the Warden of the California Rehabilitation Center, custodian of Gary Luis Davenport, CDCR No. K72303, to produce said inmate in Courtroom 8 of the United States District Courthouse, 450

1  Golden Gate Avenue, San Francisco, CA 94102, the Honorable Charles R. Breyer presiding,
2  beginning on April 26, 2010 at 9:30 a.m. and the subsequent hearing days beginning at 9:30 a.m.
3      ACCORDINGLY, IT IS ORDERED that:
4      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
5  commanding California Rehabilitation Center, and the California Department of Corrections and
6  Rehabilitation to produce inmate Gary Luis Davenport, CDCR No. K72303, to testify in the
7  United States District Court for the Northern District of California at the time and place above,
8  and from day to day until completion of court proceedings or as ordered by the Court, and
9  thereafter to return the inmate to the above institution.
10      2.  The custodian is ordered to notify the Court of any change in custody of this
11  inmate and is ordered to provide the new custodian with a copy of this writ.
12      3.  In light of the security concerns posed by inmate Davenport, CDCR No.
13  K72303, CDCR or the U.S. Marshal Service shall produce inmate Davenport to the court in
14  whatever security restraints it deems appropriate.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

16  To:  The Warden of California Rehabilitation Center
17  P.O. Box 1841: 5th & Western, Norco, CA 91760.
18  YOU ARE COMMANDED to produce inmate Gary Luis Davenport, CDCR No.
19  K72303, to testify in the United States District Court for the Northern District of California at the
20  time and place above, and from day to day until completion of court proceedings or as ordered by
21  the Court, and thereafter to return the inmate to the above institution.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1       FURTHER, you have been ordered to notify the Court of any change in custody of

2 this inmate and are ordered to provide the new custodian with a copy of this writ.

3       IT IS SO ORDERED.

5    Dated:   3/26/10

6                          ~~Judge Charles R. Breyer~~
                         ~~United States District Judge~~

7                          NANDOR J. VADAS
                         UNITED STATES MAGISTRATE JUDGE

8 CF1997CS0006

(Stamp: IT IS SO ORDERED — Judge Nandor J. Vadas)

3

[Prop.] Writ for inmate Davenport  (C 96-1486 CRB)