IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK CLARK, et al.,

    Plaintiffs,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

No. C 96-1486 CRB (NJV)

ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE BRANDON PETTIES FOR APRIL 26, 2010 EVIDENTIARY HEARING

    IT IS ORDERED that the Writ of Habeas Corpus Ad Testificandum for Inmate Brandon Petties appearance at the April 26, 2010 evidentiary hearing is VACATED.

Dated: 3/29/10



NANDOR J. VADAS
United States Magistrate Judge