| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>SUSAN CHRISTIAN – 121210<br>PENNY GODBOLD – 226925<br>ZOE SCHONFELD - 243755<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621<br><br>JONES DAY<br>CAROLINE MITCHELL – 143124<br>DOUGLAS ROBERTS – 264451<br>ANDREW VERRIERE – 264674<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>Fax: (415) 680-2344<br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JULIANNE MOSSLER<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ | Case No. C 96-1486 CRB<br><br>**JOINT STIPULATION AND<br>ORDER TO VACATE<br>WRIT OF HABEAS CORPUS AD<br>TESTIFICANDUM FOR MR.<br>ANTHONY ROQUÉ**<br><br>Date:        May 10, 2010<br>Time:        8:30 a.m.<br>Courtroom:  Courtroom 8, 19th Floor<br>Judge:      Hon. Charles R. Breyer<br>Action filed: April 22, 1996 |

///

Joint Stipulation and Order
*Clark v. California*, C 96-1486 CRB      1

THE PARTIES HEREBY STIPULATE THAT the March 26, 2010 Writ of Habeas Corpus Ad Testificandum for Mr. Anthony Roqué, a prisoner at California Substance Abuse Treatment Facility and State Prison at Corcoran, be vacated.  This stipulation is premised on Plaintiffs' assurance that Mr. Roqué will be dropped completely from Plaintiffs' witness list and he will not be called to testify at the hearing nor will his deposition testimony be utilized.

SO STIPULATED:

Dated: April 14, 2010                                  PRISON LAW OFFICE


                                                       */s/ Penny Godbold*
                                                       PENNY GODBOLD
                                                       *Attorneys for Plaintiffs*


Dated: April 14, 2010                                  EDMUND G. BROWN JR.
                                                       Attorney General of California


                                                       /s/ Jose Zelidon-Zepeda
                                                       JOSE A. ZELIDON-ZEPEDA
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants*

APPROVED AND SO ORDERED:

Dated: 4/14/10
                                                       _____
                                                       Nandor J. Vadas
                                                       United States Magistrate Judge

Joint Stipulation and Order
*Clark v. California*, C 96-1486 CRB                   2