| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>SUSAN CHRISTIAN – 121210<br>PENNY GODBOLD – 226925<br>ZOE SCHONFELD - 243755<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621 | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JULIANNE MOSSLER<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108 |
| JONES DAY<br>CAROLINE MITCHELL – 143124<br>DOUGLAS ROBERTS – 264451<br>ANDREW VERRIERE – 264674<br>555 California Street, 26th Floor<br>San Francisco, CA  94104-1500<br>Telephone:  (415) 875-5712<br>Fax: (415) 680-2344<br>Attorneys for Plaintiffs | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. C 96-1486 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR MR. TAIJUAN COLBERT**<br><br>Judge:        Hon. Charles R. Breyer<br>Action filed: April 22, 1996 |

THE PARTIES HEREBY STIPULATE THAT the Writ of Habeas Corpus Ad Testificandum for Mr. Taijuan Colbert, issued on March 26, 2010 (Docket #362), be vacated.  Mr. Colbert is housed at the California State Prison - Los Angeles County.  This

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB                    1

stipulation is premised on plaintiffs' assurance that Mr. Colbert will be dropped completely from plaintiffs' witness list and he will not be called to testify at the hearing nor will his deposition testimony be introduced.

SO STIPULATED:

Dated: April 19, 2010                                     PRISON LAW OFFICE

                                                     /s/
                                         SARA NORMAN
*Attorneys for Plaintiffs*

Dated: April 19, 2010                                     EDMUND G. BROWN JR.
                                         Attorney General of California

                                                     /s/
                                         JOSE A. ZELIDON-ZEPEDA
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

IT IS SO ORDERED.

Dated:      4/19/10

                                         Nandor J. Vadas
                                         United States Magistrate Judge