1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  SARA NORMAN – 189536
   SUSAN CHRISTIAN – 121210
3  PENNY GODBOLD – 226925
   ZOE SCHONFELD – 243755
4  General Delivery
   San Quentin, California 94964
5  Telephone: (510) 280-2621
   Fax: (510) 280-2704
6
7  Attorneys for Plaintiffs

   JONES DAY
   CAROLINE MITCHELL – 143124
   DOUGLAS ROBERTS – 264451
   ANDREW VERRIERE – 264674
   555 California Street, 26th Floor
   San Francisco, CA  94104-1500
   Telephone:  (415) 875-5712
   Fax: (415) 680-2344

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ | Case No. C 96-1486 CRB<br><br>**[PROPOSED]** **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><br>Judge:    Hon. Charles R. Breyer<br><br>Action filed: April 22, 1996 |

(with [PROPOSED] struck through)

1
2
3
4
5       Pursuant to Northern District Local Rules 79-5(b) and 7-11, and the Stipulated Protective Order of August 23, 1996, the Court, having reviewed the Administrative Motion to File Under Seal and Declaration of Zoe Schonfeld in Support Thereof, and good cause appearing, hereby issues the following order:

6
7
8
9
10      It is hereby ORDERED that the Declaration of Sara Norman In Support of Plaintiffs' Supplemental Brief in Support of Motion for a Non-retaliation Order and Request to Allow Prisoner Witnesses to Testify Through Videoconferencing and all exhibits to the Declaration shall be filed in redacted form to remove any personal information of prisoners and parolees.

11
12      Unredacted versions of the Declaration and all exhibits to the Declaration shall be filed under seal by the Clerk of the Court and made available only to the Court or counsel.

13
14  IT IS SO ORDERED.

15
16  Date:   April 22, 2010



17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Admin Mtn to File Under Seal
*Clark v. California*, C 96-1486 CRB                    2