| | |
|---|---|
| PRISON LAW OFFICE | EDMUND G. BROWN JR. |
| DONALD SPECTER – 83925 | Attorney General of California |
| SARA NORMAN – 189536 | JONATHAN L. WOLFF |
| SUSAN CHRISTIAN – 121210 | Senior Assistant Attorney General |
| PENNY GODBOLD – 226925 | DANIELLE F. O'BANNON |
| ZOE SCHONFELD - 243755 | Deputy Attorney General |
| General Delivery | JULIANNE MOSSLER |
| San Quentin, California 94964 | Deputy Attorney General |
| Telephone: (510) 280-2621 | JOSE A. ZELIDON-ZEPEDA |
| | Deputy Attorney General |
| JONES DAY | State Bar No. 227108 |
| CAROLINE MITCHELL – 143124 | 455 Golden Gate Avenue, Suite 11000 |
| DOUGLAS ROBERTS – 264451 | San Francisco, CA 94102-7004 |
| ANDREW VERRIERE – 264674 | Telephone: (415) 703-5781 |
| 555 California Street, 26th Floor | Fax: (415) 703-5843 |
| San Francisco, CA 94104-1500 | E-mail: Jose.ZelidonZepeda@doj.ca.gov |
| Telephone: (415) 875-5712 | Attorneys for Defendants State of |
| Fax: (415) 680-2344 | California, et al. |
| Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al., | Case No. C 96-1486 CRB |
| Plaintiffs, | **STIPULATION AND ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TRYON SMITH** |
| v. | |
| STATE OF CALIFORNIA, et al., | Judge: Hon. Charles R. Breyer |
| Defendants. | Action filed: April 22, 1996 |

THE PARTIES HEREBY STIPULATE THAT the Writ of Habeas Corpus Ad Testificandum for Tryon Smith, issued on March 23, 2010 (Docket #353), be vacated. Mr. Smith is housed at the California State Prison - Los Angeles County.

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB           1

Defendants reserve their right to request that a new writ be issued, should videoconferencing prove unfeasible. Plaintiffs reserve their right to oppose such a request.

SO STIPULATED:

Dated: April 23, 2010                     PRISON LAW OFFICE

                                                                  /s/
                                          SARA NORMAN
                                          *Attorneys for Plaintiffs*

Dated: April 23, 2010                     EDMUND G. BROWN JR.
                                          Attorney General of California

                                                                  /s/
                                          JOSE A. ZELIDON-ZEPEDA
                                          Deputy Attorney General
                                          *Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 4/23/10

                                          Nandor J. Vadas
                                          United States Magistrate Judge