| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>SUSAN CHRISTIAN – 121210<br>PENNY GODBOLD – 226925<br>ZOE SCHONFELD - 243755<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621<br><br>JONES DAY<br>CAROLINE MITCHELL – 143124<br>DOUGLAS ROBERTS – 264451<br>ANDREW VERRIERE – 264674<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>Fax: (415) 680-2344<br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JULIANNE MOSSLER<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. C 96-1486 CRB<br><br>**STIPULATION AND ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR GARY LUIS DAVENPORT**<br><br>Judge:    Hon. Charles R. Breyer<br>Action filed: April 22, 1996 |

THE PARTIES HEREBY STIPULATE THAT the Writ of Habeas Corpus Ad Testificandum for Gary Luis Davenport, issued on March 26, 2010 (Docket #364), be vacated. Mr. Davenport is housed at the California Rehabilitation Center.

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB     1

1  Defendants reserve their right to request that a new writ be issued, should
2  videoconferencing prove unfeasible. Plaintiffs reserve their right to oppose such a
3  request.

4
5  SO STIPULATED:

6  Dated: April 23, 2010                    PRISON LAW OFFICE

7                                            /s/
8                                           SARA NORMAN
                                            *Attorneys for Plaintiffs*
9

10 Dated: April 23, 2010                    EDMUND G. BROWN JR.
11                                          Attorney General of California

12                                           /s/
13                                          JOSE A. ZELIDON-ZEPEDA
                                            Deputy Attorney General
14                                          *Attorneys for Defendants*

15 IT IS SO ORDERED.
16 Dated: 4/23/10
17                                          _____
                                            Nandor J. Vadas
                                            United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28 Stipulation and Order Vacating Writ Ad Testificandum
   *Clark v. California*, C 96-1486 CRB          2