| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>SUSAN CHRISTIAN – 121210<br>PENNY GODBOLD – 226925<br>ZOE SCHONFELD - 243755<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621<br><br>JONES DAY<br>CAROLINE MITCHELL – 143124<br>DOUGLAS ROBERTS – 264451<br>ANDREW VERRIERE – 264674<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>Fax: (415) 680-2344<br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JULIANNE MOSSLER<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ | Case No. C 96-1486 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PHILLIP HOUSEKNECHT**<br><br>Judge:     Hon. Charles R. Breyer<br>Action filed: April 22, 1996 |

THE PARTIES HEREBY STIPULATE THAT the Writ of Habeas Corpus Ad Testificandum for Phillip Houseknecht, issued on March 23, 2010 (Docket #355), be vacated. Mr. Houseknecht is housed at the Richard J. Donovan Correctional Facility.

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB     1

Defendants agree to this stipulation based on plaintiffs' representation that the Receiver's Office has made its facilities available to allow Mr. Houseknecht to testify by videoconferencing. The parties stipulate that any logistical problems involving the videoconferencing must be resolved by plaintiffs' counsel. If Mr. Houseknecht is not able to testify through the Receiver's videoconferencing system, defendants will not agree to allow him to testify through his deposition.

SO STIPULATED:

Dated: May 5, 2010                                PRISON LAW OFFICE

                                                            /s/
                                                  SARA NORMAN
                                                  *Attorneys for Plaintiffs*

Dated: May 5, 2010                                EDMUND G. BROWN JR.
                                                  Attorney General of California

                                                            /s/
                                                  JOSE A. ZELIDON-ZEPEDA
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 5/7/10

                                                   Nandor J. Vadas
                                                  United States Magistrate Judge