| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>SUSAN CHRISTIAN – 121210<br>PENNY GODBOLD – 226925<br>ZOE SCHONFELD - 243755<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621<br><br>JONES DAY<br>CAROLINE MITCHELL – 143124<br>DOUGLAS ROBERTS – 264451<br>ANDREW VERRIERE – 264674<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>Fax: (415) 680-2344<br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JULIANNE MOSSLER<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. C 96-1486 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO VACATE WRIT OF<br>HABEAS CORPUS AD<br>TESTIFICANDUM FOR RANDY<br>WRIGHT**<br><br>Judge:　　Hon. Charles R. Breyer<br>Action filed: April 22, 1996 |

THE PARTIES HEREBY STIPULATE THAT the Writ of Habeas Corpus Ad Testificandum for Randy Wright, issued on March 26, 2010 (Docket #360), be vacated. Mr. Wright is housed at the California Substance Abuse Treatment Facility and State Prison at Corcoran.

Defendants agree to this stipulation based on plaintiffs' representation that the Receiver's Office has made its facilities available to allow Mr. Wright to testify by videoconferencing. The parties stipulate that any logistical problems involving the videoconferencing must be resolved by plaintiffs' counsel. If Mr. Wright is not able to testify through the Receiver's videoconferencing system, defendants will not agree to allow him to testify through his deposition.

SO STIPULATED:

Dated: May 54, 2010

PRISON LAW OFFICE

/s/
SARA NORMAN
*Attorneys for Plaintiffs*

Dated: May 5, 2010

EDMUND G. BROWN JR.
Attorney General of California

/s/
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 5/7/10

Nandor J. Vadas
United States Magistrate Judge

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB          2