EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
MICHAEL J. QUINN
Deputy Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5781
  Fax: (415) 703-5843
  E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | C 96-1486 CRB <br><br> **STIPULATION REGARDING INMATE DANIEL MENDEZ (V-42152)** <br><br> Date: May 10, 2010 <br> Time: 8:30 a.m. <br> Courtroom: 8th, 19th Floor <br> Judge: The Honorable Charles R. Breyer <br> Action Filed: April 22, 1996 |

The parties to this action, through their respective counsel, stipulate that Plaintiffs may use the deposition transcript of inmate Daniel Mendez (V-42152), as substantive testimony at the evidentiary hearing on Defendants' motion to terminate, scheduled to begin May 10, 2010. Defendants reserve the right to raise all objections under the law to admissibility of the deposition testimony, including Federal Rule of Civil Procedure 32(b).

The parties stipulate to the following facts regarding inmate Mendez:

1. Mendez has been convicted of felonies under the following statutes: California Penal Code 487(a) (August 1996); California Penal Code 459 (June 2004); California Penal Code 69

1

(June 2004); California Penal Code 460(b) (May 2008); California Penal Code 487(a) (August 2005).

2. Mendez was released on parole in January, 2010.

3. On March 29, 2010, Mendez was charged and convicted of the felony offense of grand theft, under California Penal Code 487(a).

Dated: May 7, 2010

                                                        EDMUND G. BROWN JR.
                                                        Attorney General of California

/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendants*

Dated: 5/7/10

                                                   Sara Norman, Esq.
                                                 Prison Law Office
                                                 Attorneys for Plaintiffs

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 11, 2010

                                           The Honorable Charles R. Breyer
                                           United States District Judge

CF1997CS0006
40453127.doc

2

Stip. Re: Mendez Dep. (C 96-1486 CRB)