| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>SUSAN CHRISTIAN – 121210<br>PENNY GODBOLD – 226925<br>ZOE SCHONFELD - 243755<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621<br><br>JONES DAY<br>CAROLINE MITCHELL – 143124<br>DOUGLAS ROBERTS – 264451<br>ANDREW VERRIERE – 264674<br>555 California Street, 26th Floor<br>San Francisco, CA  94104-1500<br>Telephone:  (415) 875-5712<br>Fax: (415) 680-2344<br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JULIANNE MOSSLER<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ | Case No. C 96-1486 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR RONALD BLAKE**<br><br>Judge:     Hon. Charles R. Breyer<br>Action filed: April 22, 1996 |

THE PARTIES HEREBY STIPULATE THAT the Writ of Habeas Corpus Ad Testificandum for Ronald Blake, issued on March 23, 2010 (Docket #356), be vacated. Mr. Blake is housed at the California Substance Abuse Treatment Facility and State Prison at Corcoran.

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB     1

1  Defendants agree to this stipulation based on plaintiffs' representation that the
2  Receiver's Office has made its facilities available to allow Mr. Blake to testify by
3  videoconferencing. The parties stipulate that any logistical problems involving the
4  videoconferencing must be resolved by plaintiffs' counsel. If Mr. Blake is not able to
5  testify through the Receiver's videoconferencing system, defendants will not agree to
6  allow him to testify through his deposition.

SO STIPULATED:

Dated: May 5, 2010              PRISON LAW OFFICE

                                 _____/s/_____
                                 SARA NORMAN
                                 *Attorneys for Plaintiffs*

Dated: May 5, 2010              EDMUND G. BROWN JR.
                                 Attorney General of California

                                 _____/s/_____
                                 JOSE A. ZELIDON-ZEPEDA
                                 Deputy Attorney General
                                 *Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 5/6/10
                                 _____
                                 Nandor J. Vadas
                                 United States Magistrate Judge

Stipulation and Order Vacating Writ Ad Testificandum
*Clark v. California*, C 96-1486 CRB         2