1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  DANIELLE F. O'BANNON
   Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
6  State Bar No. 227108
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5781
8   Fax:  (415) 703-5843
    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
9  *Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,** | C 96-1486 CRB |
| Plaintiffs, | **STIPULATION REGARDING RONALD BLAKE (G-42383)** |
| v. | Date: May 10, 2010<br>Time: 8:30 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: The Honorable Charles R. Breyer |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |
| | Action Filed:  April 22, 1996 |

The parties to this action, through their respective counsel, stipulate that Plaintiffs may use the deposition transcript of Ronald Blake (G-42383), as substantive testimony at the evidentiary hearing that began May 10, 2010.  The parties also stipulate that Defendants may counter-designate portions of Mr. Blake's deposition as cross-examination testimony.  The parties reserve the right to raise all objections under the law to admissibility of the deposition testimony, including Federal Rule of Civil Procedure 32(b).

The parties further stipulate to the following facts regarding Mr. Blake:

1

1.    1. Mr. Blake has been convicted of felonies under the following statutes: California Penal Code 245(a)(1) (July 28, 2008) and California Penal Code 273.5(a) (July 28, 2008).

Dated: May 18, 2010

                                          EDMUND G. BROWN JR.
                                          Attorney General of California

                                          /s/ *Jose A. Zelidon-Zepeda*
                                          JOSE A. ZELIDON-ZEPEDA
                                          Deputy Attorney General
                                          *Attorneys for Defendants*

Dated: May 17, 2010

                                          Sara Norman, Esq.
                                          Prison Law Office
                                          Attorneys for Plaintiffs

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 19, 2010

                                          The Honorable Charles R. Breyer
                                          United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

CF1997CS0006
40453127.doc

2

Stip. Re: Blake Dep. (C 96-1486 CRB)