EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
MICHAEL J. QUINN
Deputy Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 96-1486 CRB<br><br>**STIPULATION REGARDING BRANDON PETTIES (G-36952)**<br><br>Date:  May 10, 2010<br>Time:  8:30 a.m.<br>Courtroom:  8, 19th Floor<br>Judge  The Honorable Charles R. Breyer<br>Action Filed:  April 22, 1996 |

    The parties to this action, through their respective counsel, stipulate that Plaintiffs may use the deposition transcript of Brandon Petties (G-36952) as substantive testimony at the evidentiary hearing that began May 10, 2010.  The parties also stipulate that Defendants may counter-designate portions of Mr. Petties's deposition as cross-examination testimony.  The parties reserve the right to raise all objections under the law to admissibility of the deposition testimony, including Federal Rule of Civil Procedure 32(b).

    The parties further stipulate to the following facts regarding Mr. Petties:

1

Stip. Re: Petties Dep.  (C 96-1486 CRB)

1. Mr. Petties has been convicted of felonies under the following statutes: California Penal Code 211 (October 2, 2008) and California Penal Code 12025(a)(2) (March 9, 2005).

2. Mr. Petties was released on parole in May, 2010.

Dated:  May 21, 2010

                                              EDMUND G. BROWN JR.
Attorney General of California

/s/  Jose A. Zelidon-Zepeda
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 21, 2010

/s/  Sara Norman
SARA NORMAN, ESQ.
Prison Law Office
*Attorneys for Plaintiffs*

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 24, 2010

THE HONORABLE CHARLES R. BREYER
*United States District Judge*

IT IS SO ORDERED
Judge Charles R. Breyer

CF1997CS0006
40457953.docx

2

Stip. Re: Petties Dep.  (C 96-1486 CRB)