1   EDMUND G. BROWN JR.
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   MICHAEL J. QUINN
    Deputy Attorney General
4   DANIELLE F. O'BANNON
    Deputy Attorney General
5   JOSE A. ZELIDON-ZEPEDA
    Deputy Attorney General
6   State Bar No. 227108
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5781
8    Fax:  (415) 703-5843
     E-mail:  Jose.ZelidonZepeda@doj.ca.gov
9   *Attorneys for Defendants State of California, et al.*

10

11                IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  **DERRICK CLARK, et al.,** | C 96-1486 CRB |
| 16                                    Plaintiffs, | **STIPULATION REGARDING RANDY WRIGHT (F-39060)** |
| 17          **v.** | Date:          May 10, 2010 |
| 18  **STATE OF CALIFORNIA, et al.,** | Time:          8:30 a.m.<br>Courtroom:  8, 19th Floor |
| 19                                    Defendants. | Judge          The Honorable Charles R. Breyer |
| 20 | Action Filed:   April 22, 1996 |

21       The parties to this action, through their respective counsel, stipulate that Plaintiffs may use

22   the deposition transcript of Randy Wright (F-39060), as substantive testimony at the evidentiary

23   hearing that began May 10, 2010.  The parties also stipulate that Defendants may counter-

24   designate portions of the Mr. Wright's deposition as cross-examination testimony.  The parties

25   reserve the right to raise all objections under the law to admissibility of the deposition testimony,

26   including Federal Rule of Civil Procedure 32(b).

27       The parties further stipulate to the following facts regarding Mr. Wright:

28

                                         1

1      1.  Mr. Wright has been convicted of a felony under the following statute: California Penal

2  Code 211 (July 27, 2006).

3  .

4  Dated:  May 21, 2010

5                                                    EDMUND G. BROWN JR.
                                                     Attorney General of California
6

7
                                                     /s/  Jose A. Zelidon-Zepeda
8                                                    JOSE A. ZELIDON-ZEPEDA
                                                     Deputy Attorney General
9                                                    Attorneys for Defendants

10

11

12

13

14  Dated: May 21, 2010                          /s/  Sara Norman
                                                     SARA NORMAN, ESQ.
15                                                   Prison Law Office
                                                     Attorneys for Plaintiffs
16

17

18        Pursuant to the parties' stipulation, IT IS SO ORDERED

19

20  Dated:  May 24, 2010

21                                                   THE HONORABLE          R. BREYER

22  CF1997CS0006
    40457796.docx
23

24

25

26

27

28

2

Stip. Re: Wright Dep.  (C 96-1486 CRB)