1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  DANIELLE F. O'BANNON
   Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
6  State Bar No. 227108
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5781
8  Fax:  (415) 703-5843
    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
9  *Attorneys for Defendants State of California, et al.*

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14

15  **DERRICK CLARK, et al.,**                    C 96-1486 CRB

16                              Plaintiffs,    **STIPULATION REGARDING GARY
                                                DAVENPORT (K72303)**
17         **v.**
                                               Date:          May 10, 2010
18  **STATE OF CALIFORNIA, et al.,**            Time:          8:30 a.m.
                                               Courtroom:  8, 19th Floor
19                              Defendants.    Judge          The Honorable Charles R.
                                                              Breyer
20                                             Action Filed:  April 22, 1996

21         The parties to this action, through their respective counsel, stipulate that Plaintiffs may use

22  the deposition transcript of Gary Davenport (K-72303) as substantive testimony at the evidentiary

23  hearing that began May 10, 2010.  The parties also stipulate that Defendants may counter-

24  designate portions of Mr. Davenport's deposition as cross-examination testimony.  The parties

25  reserve the right to raise all objections under the law to admissibility of the deposition testimony,

26  including Federal Rule of Civil Procedure 32(b).

27         The parties further stipulate to the following facts regarding Mr. Davenport:

28

                                            1

1      1.  Mr. Davenport has been convicted of a felony under the following statute: California

2  Penal Code 459 (May 16, 1989).

3

4  Dated:  May 20, 2010

5                                        EDMUND G. BROWN JR.

6                                        Attorney General of California

7

8                                     /s/  *Jose A. Zelidon-Zepeda*

                                        JOSE A. ZELIDON-ZEPEDA

9                                        Deputy Attorney General

                                        *Attorneys for Defendants*

10

11

12

13  Dated: May 20, 2010               /s/  *Sara Norman*

                                        SARA NORMAN, ESQ.

14                                        Prison Law Office

15                                        *Attorneys for Plaintiffs*

16

17      Pursuant to the parties' stipulation, IT IS SO ORDERED.

18

19  Dated:  May 25, 2010                     _____

20                          THE HONORABLE CHARLES R. BREYER

                          *United States District J...*

21  CF1997CS0006

22  40457703.docx

23

24

25

26

27

28