Donald Specter (State Bar No. 83925)
dspecter@prisonlaw.com
Sara Norman (State Bar No. 189536)
snorman@prisonlaw.com
Susan Christian (State Bar No. 121210)
susandc@sbcglobal.net
Penny Godbold (State Bar No. 226925)
penny@prisonlaw.com
Zoe Schonfeld (State Bar No. 243755)
zoe@prisonlaw.com
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone:     (510) 280-2621
Facsimile:     (510) 280-2704

Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Douglas E. Roberts (State Bar No. 264451)
douglasroberts@jonesday.com
Andrew R. Verriere (State Bar No. 264674)
averriere@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Plaintiffs
DERRICK CLARK, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK CLARK, et al.,** | **Case No. C 96-1486 CRB** |
| **Plaintiffs,** | **STIPULATION TO SUPPLEMENTAL TRIAL EXHIBITS AND [PROPOSED] ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | **Date:**   **May 10, 2010** |
| **Defendants.** | **Time:**   8:30 a.m.<br>**Judge:**   **Hon. Charles R. Breyer** |

## STIPULATION TO THE ADMISSION OF TRIAL EXHIBITS NOS. 482 THROUGH 498

IT IS HEREBY STIPULATED by and among counsel for plaintiffs, Derrick Clark, et al., and defendants, the State of California, et al., that the following trial exhibits shall be admitted into the evidentiary record in this matter:

482.   Plaintiffs' designations and defendants' counter-designations from the deposition of Shawn Horne

483.   Plaintiffs' designations and defendants' counter-designations from the deposition of Joe Gonzalez

484.   Plaintiffs' designations and defendants' counter-designations from the deposition of Madia Banks

485.   Plaintiffs' designations and defendants' counter-designations from the deposition of Patricia Mandeville

486.   Plaintiffs' designations and defendants' counter-designations from the deposition of Melissa Brown

487.   Plaintiffs' designations and defendants' counter-designations from the deposition of Tracy Rhodes

488.   Plaintiffs' designations and defendants' counter-designations from the deposition of Joseph Prud'homme

489.   Plaintiffs' designations and defendants' counter-designations from the deposition of Joseph Chapa

490.   Plaintiffs' designations and defendants' counter-designations from the deposition of Cornelio Ynson

491.   Plaintiffs' designations and defendants' counter-designations from the deposition of Michael Clausing

492.   Plaintiffs' designations and defendants' counter-designations from the deposition of Gene Nies

493.   Plaintiffs' designations and defendants' counter-designations from the deposition of Richard Valdez

494.   Plaintiffs' designations and defendants' counter-designations from the deposition of Patrick Cowan

495.   Plaintiffs' designations and defendants' counter-designations from the deposition of Brandon Petties

496.   Plaintiffs' designations and defendants' counter-designations from the deposition of Randy Wright

497.   Plaintiffs' designations and defendants' counter-designations from the deposition of Ronald Blake

498.   Plaintiffs' designations and defendants' counter-designations from the deposition of Gary Davenport

The parties reserve all objections pursuant to Federal Rule of Civil Procedure 32(b).

Dated: May 21, 2010                           Respectfully submitted,

                                              Jones Day


                                              By:  /s/ Caroline N. Mitchell
                                                   Caroline N. Mitchell

                                              Counsel for Plaintiffs
                                              DERRICK CLARK, et al.

Dated: May 24, 2010                           Edmund G. Brown Jr.
                                              Attorney General of California


                                              By:
                                                   Jose A. Zelidon-Zepeda
                                                   Deputy Attorney General

                                              Counsel for Defendants

1    PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

2

3

4    Dated:  May 26, 2010

5    The Honorable Charles

6    SFI-642042v1

*IT IS SO ORDERED*

*Judge Charles R. Breyer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Supp. Trial Exhibit Stip.
C 96-1486 CRB