IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK CLARK, et al., | No. C 96-1486 CRB |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS LEAVE TO FILE SUR-RESPONSE** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Good cause appearing, Defendants are granted leave to file a sur-response not to exceed fifteen pages, and due on August 6. Plaintiff shall be permitted to respond, if they wish, in a brief not to exceed ten pages, due on August 13.

**IT IS SO ORDERED.**

Dated: July 28, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1996\1486\Order Granting Leave.wpd