IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK, et al., | No. C 96-1486 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |

Filed herewith is the Court's proposed Findings of Fact and Conclusions of Law. If they desire, the parties may file objections no later than September 7. Objections shall be no longer than ten pages. The parties are further advised that this Court has considered the arguments made in the papers, and if those arguments are not reflected in the proposed order, they have been rejected. Unless it is apparent to the parties that this Court has overlooked something, it would likely be unwise for a party to devote a portion of its page-limited brief to simply reiterating an argument that has been explored and rejected. Given this stage of the proceeding, failure to make an argument anew will not constitute waiver for appeal purposes.

**IT IS SO ORDERED.**

Dated: August 26, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1996\1486\Findings of Fact & Conclusions of Law\Order.wpd