| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (510) 280-2621<br>Email: dspecter@prisonlaw.com<br><br>JONES DAY<br>CAROLINE MITCHELL – 143124<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>Fax: (415) 680-2344<br>Email: cnmitchell@jonesday.com<br><br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General<br>State Bar No. 227108<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5781<br>Fax: (415) 703-5843<br>E-mail: Jose.ZelidonZepeda@doj.ca.gov<br><br>Attorneys for Defendants State of California, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. C 96-1486 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESOLUTION OF ATTORNEYS' FEES**<br><br>Judge:    Hon. Charles R. Breyer<br>Action filed:  April 22, 1996 |

THE PARTIES HEREBY STIPULATE to the following schedule regarding resolution of attorneys' fees and costs in relation to the Findings of Fact and Conclusions of Law entered on September 16, 2010.

Plaintiffs will submit their demand for all outstanding fees and costs to defendants on

Stip. & Order Regarding Resolution of Atty Fees
*Clark v. California*, C 96-1486 CRB         1

1  October 4, 2010.  Defendants will respond in writing by November 18, 2010.  Counsel for
2  plaintiffs and defendants and CDCR General Counsel or Assistant General Counsel will meet
3  and confer the week of December 6.  Plaintiffs will file any motions for attorneys' fees and costs
4  by December 20, 2010.  This agreement only covers the procedures for dealing with attorney's
5  fees issues, and does not cover any substantive issues. Specifically, Defendants do not concede
6  that Plaintiffs are entitled to such fees or costs under the relevant legal standards.

SO STIPULATED:

Dated: September 29, 2010                PRISON LAW OFFICE

                                         _____/s/_____
                                         SARA NORMAN
                                         *Attorneys for Plaintiffs*

Dated: September 29, 2010                EDMUND G. BROWN JR.
                                         Attorney General of California

                                         _____/s/_____
                                         JOSE A. ZELIDON-ZEPEDA
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

IT IS SO ORDERED.

Dated: Oct. 1, 2010

Hon. Charles Breyer
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Stip. & Order Regarding Resolution of Atty Fees
*Clark v. California*, C 96-1486 CRB          2