EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants*
*State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | C 96-1486 CRB<br><br>**STIPULATION AMENDING DEADLINES REGARDING ATTORNEY'S FEES NEGOTIATIONS; [PROPOSED] ORDER**<br><br>Judge     The Honorable Charles R. Breyer<br>Action Filed:  April 22, 1996 |

On October 1, 2010, the Court approved the parties' stipulated schedule for negotiations regarding attorney's fees.  (Doc. 502.)  This Order provided that Plaintiffs would turn over their fee demands to Defendants by October 4, 2010.  Due to a delay in reaching a stipulated protective order, Plaintiffs turned over their fee demand to Defendants on October 15, 2010.  Accordingly,

/ / /

/ / /

1

Stip. Modifying Deadlines re: Attorney's Fees  (C 96-1486 CRB)

the parties stipulate to modify the deadline for Defendants to respond to Plaintiffs' demands. Defendants shall respond to Plaintiffs' fee demands on or before November 29, 2010. All other deadlines remain unchanged.

It is so stipulated.

Date: 10/18/2010    /s/ *Sara Norman*
Sara Norman
Prison Law Office
Attorneys for Plaintiffs

Date: 10/18/2010    /s/ *Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
California Attorney General's Office
Attorneys for Defendants

Per the parties' stipulation, IT IS SO ORDERED.

Date: Oct. 20, 2010

The Honorable Charles R. Breyer
United States District Judge

[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

CF1997CS0006
20357285.doc

2

Stip. Modifying Deadlines re: Attorney's Fees  (C 96-1486 CRB)