EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5781
  Fax:  (415) 703-5843
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>                            Plaintiffs,<br><br>      v.<br><br>**STATE OF CALIFORNIA, et al.,**<br>                            Defendants. | C 96-1486 CRB<br><br>**STIPULATION TO EXTEND TIME FOR REMEDIAL PLAN AND MOTION FOR ATTORNEY'S FEES;** [PROPOSED] **ORDER**<br><br>Judge      The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

      1.      On September 16, 2010, this Court issued its Findings of Facts and Conclusions of Law denying Defendants' Motion to Terminate the Settlement Agreement.  The Court further ordered Defendants to submit a plan to plaintiffs' counsel and the Court experts by December 15, 2010 to address the Court's order for further relief.  Findings and Conclusions, at 105.

      2.      Since the issuance of the Findings and Conclusions, the parties have conducted joint tours of three institutions designated to house class members in order to evaluate conditions and gather information about the most effective remedies for the problems identified by the

1

Court.  The parties last met on December 7, 2010 to discuss the timing and method of complying with the Court's orders.  During that meeting the parties agreed on a general framework for developing further plans, including the hiring of an expert by Defendants to assist in evaluating methods of identifying class members and other aspects of Defendants' compliance efforts.  That framework includes periodic meetings between the parties and a commitment from Defendants to share remedial proposals on a regular basis.  The parties also agreed that a comprehensive and effective plan to address the issues identified by the Court could not be produced under this framework by the December 15 deadline previously established.

   3.  The parties also have been engaged in negotiations on plaintiffs' request for attorneys' fees.  Plaintiffs have provided defendants time runs and itemized costs and defendants have responded with objections.  The parties are continuing to negotiate this issue.

   Therefore, the parties, through their respective counsel, hereby stipulate as follows:

   a.  Defendants shall submit their plan, including a draft of the audit tool, to the Court's experts and to the Prison Law office, by March 15, 2011;

   b.  The parties shall meet regularly to discuss progress on Defendants' plan;

   c.  Defendants shall retain Joan Petersilia to evaluate methods of identifying class members and other aspects of Defendants' compliance efforts;

/ / /

/ / /

2

Stip. Re: Rem. Plan; [Prop.] Order  (C 96-1486 CRB)

d. Plaintiffs' motion for attorneys fees shall be filed, if necessary, on or before January 21, 2011.

IT IS SO STIPULATED.

Dated: December 15, 2010          __/s/_____
                                  Donald Specter, Esq.
                                  Prison Law Office
                                  Attorney for Plaintiffs

Dated: December 15, 2010          __/s/_____
                                  Jose A. Zelidon-Zepeda
                                  California Attorney General's Office
                                  Attorneys for Defendants

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _Dec. 16, 2010_            _____
                                  Honorable Charles R. Breyer
                                  United States District Judge

CF1997CS0006
40472815.doc

*IT IS SO ORDERED — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)*

3