1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DANIELLE F. O'BANNON
   Deputy Attorney General
4  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
5  State Bar No. 227108
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5781
7   Fax:  (415) 703-5843
    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
8  *Attorneys for Defendants State of California, et al.*

9

10                 IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  **DERRICK CLARK, et al.,**                    | C 96-1486 CRB

15                                    Plaintiffs,  | **STIPULATION REGARDING**
                                                   | **ATTORNEY'S FEES; [PROPOSED]**
16              **v.**                             | **ORDER**

17

    **STATE OF CALIFORNIA, et al.,**              | Judge        The Honorable Charles R.
18                                                 |              Breyer
                                    Defendants.    | Action Filed:   April 22, 1996
19

20

21       1.  On September 16, 2010, this Court issued its Findings of Facts and Conclusions of

22  Law denying Defendants' Motion to Terminate the Settlement Agreement.  (Doc. 500.)

23       2.  The parties have been engaged in negotiations on Plaintiffs' request for attorneys' fees

24  and costs for the time period from July 1, 2009 through September 29, 2010 for Jones Day, and

25  July 1, 2009 through September 17, 2010 for the Prison Law Office.  Plaintiffs have provided

26  Defendants time runs and itemized costs, and Defendants have responded with objections.  The

27  parties have reached agreement to compromise Plaintiffs' requests for any and all attorneys' fees

28
                                           1

1    and costs for these time periods (including, but not limited to, work connected to the hearing on

2    the motion to terminate) in the amount of $2,300,000.  No other fees or costs will be paid arising

3    out of these time periods for these or any other counsel or entities, and Plaintiffs waive their right

4    to any such fees or costs.

5

6          3.  This agreement does not constitute a waiver by the parties of their respective legal

7    arguments regarding the propriety of the fees and costs at issue.

8          Therefore, the parties, through their respective counsel, stipulate as follows:

9          Within 30 days of the date that the Court approves this Stipulation and Order, Defendants

10   shall pay Plaintiffs' counsel $2,300,000 for any and all attorneys' fees and costs incurred by any

11   and all attorneys, law firms, and non-profit organizations in this case during the relevant time

12   periods.  Defendants will write one check to the Prison Law Office, and the Prison Law Office

13   will coordinate with any other attorney, law firm, or non-profit organization that is owed fees and

14

15   costs.

16         IT IS SO STIPULATED.

17   Dated: December 29, 2010                         __/s/_____
                                                      Donald Specter, Esq.
18                                                    Prison Law Office
                                                      Attorney for Plaintiffs
19

20   Dated: December 29, 2010                         __/s/_____
                                                      Jose A. Zelidon-Zepeda
21                                                    California Attorney General's Office
                                                      Attorneys for Defendants
22

23

24

25         PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

26   Dated: _January 3, 2011_                         _____
                                                      Honorable Charles R. Breyer
27                                                    United States District

28

                                      2