EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5781
  Fax:  (415) 703-5843
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>                 Plaintiffs,<br><br>    v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                Defendants. | C 96-1486 CRB<br><br>**STIPULATION REGARDING ATTORNEY'S FEES; [PROPOSED] ORDER**<br><br>Judge    The Honorable Charles R. Breyer<br>Action Filed:  April 22, 1996 |

     1.  On September 16, 2010, this Court issued its Findings of Facts and Conclusions of Law denying Defendants' Motion to Terminate the Settlement Agreement.  (Doc. 500.)

     2.  The parties have been engaged in negotiations on Plaintiffs' request for attorneys' fees and costs for the time period from July 1, 2009 through September 29, 2010 for Jones Day, and July 1, 2009 through September 17, 2010 for the Prison Law Office.  Plaintiffs have provided Defendants time runs and itemized costs, and Defendants have responded with objections.  The parties have reached agreement to compromise Plaintiffs' requests for any and all attorneys' fees

1

and costs for these time periods (including, but not limited to, work connected to the hearing on the motion to terminate) in the amount of $2,300,000.  No other fees or costs will be paid arising out of these time periods for these or any other counsel or entities, and Plaintiffs waive their right to any such fees or costs.

3. This agreement does not constitute a waiver by the parties of their respective legal arguments regarding the propriety of the fees and costs at issue.

Therefore, the parties, through their respective counsel, stipulate as follows:

Within 30 days of the date that the Court approves this Stipulation and Order, Defendants shall pay Plaintiffs' counsel $2,300,000 for any and all attorneys' fees and costs incurred by any and all attorneys, law firms, and non-profit organizations in this case during the relevant time periods.  Defendants will write one check to the Prison Law Office, and the Prison Law Office will coordinate with any other attorney, law firm, or non-profit organization that is owed fees and costs.

IT IS SO STIPULATED.

Dated: December 29, 2010          __/s/_____
                                  Donald Specter, Esq.
                                  Prison Law Office
                                  Attorney for Plaintiffs

Dated: December 29, 2010          __/s/_____
                                  Jose A. Zelidon-Zepeda
                                  California Attorney General's Office
                                  Attorneys for Defendants

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _January 3, 2011_          _____
                                  Honorable Charles R. Breyer
                                  United States District

2

Stip. Re: Att. Fees; [Prop.] Order (C 96-1486 CRB)