KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 96-1486 CRB<br><br>**STIPULATION EXTENDING DEADLINE FOR PAYMENT OF PLAINTIFFS' COUNSEL'S FIRST QUARTER 2011 FEES; [PROPOSED] ORDER**<br><br>Judge      The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

Paragraph 13 of the parties' 2001 Settlement Agreement in this case provides that Defendants must pay Plaintiffs' fees within 45 days of receiving Plaintiffs' invoices.

On May 6, 2011, Plaintiffs' counsel forwarded their First Quarter 2011 costs and fees bill to Defendants. Under the terms of the Settlement Agreement, the deadline for Defendants to pay this invoice is June 20, 2011.

/ / /

/ / /

1

Stip. Re 1Q 2011 Fees; [Prop.] Order  (C 96-1486 CRB)

1  The parties hereby STIPULATE to extend this deadline by 30 days, to July 20, 2011.
2  Interest shall accrue on the First Quarter 2011 fees bill at the rate provided by federal law,
3  beginning on June 21, 2011.  *See* 28 U.S.C. § 1961.

4

5  Dated:  June 7, 2011              *//s// Sara Norman*
                                      Sara Norman, Esq.
6                                     Prison Law Office
                                      Attorneys for Plaintiffs
7

8

9  Dated:  June 7, 2011              *//s// Jose Zeidon-Zepeda*
                                      Jose A. Zelidon-Zepeda
10                                    Deputy Attorney General
                                      California Attorney General's Office
11                                    Counsel for Defendants

12

13

14  Pursuant to the parties' stipulation, IT IS SO ORDERED.

15

16  Dated: June 8, 2011              _____
                                      Honorable Charles R. Breyer
17                                    United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

20

21  CF1997CS0006
    20457007.doc

2