KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　Defendants. | C 96-1486 CRB<br><br>**STIPULATION REGARDING PLAINTIFFS' COUNSEL'S PARTICIPATION IN DEFENDANTS' STRIKE TEAMS; [PROPOSED] ORDER**<br><br>Judge　　　The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

The parties stipulate that:

1. On September 16, 2010, this Court issued its Findings of Facts and Conclusions of Law denying Defendants' Motion to Terminate the Settlement Agreement. (Doc. 500.)

2. Since that date, the parties have conferred about steps to address the issues identified by the Court in its Findings of Fact and Conclusions of Law.

3. Defendants have developed "strike teams" composed of CDCR staff and administrators to travel to the various institutions housing inmates in the Developmental Disability Program to improve compliance with the *Clark* Remedial Plan and this Court's orders.

1

1    4. Plaintiffs' counsel will be participating as part of the "strike team" concept at these institutions.

5. The parties agree that they will not use any information learned or evidence gathered during these "strike team" visits for any litigation purpose. The parties further agree that such information or evidence shall be deemed inadmissible under Federal Rule of Evidence 408.

6. This stipulation does not bind Defendants to implement or maintain the "strike teams," or their current composition.

Dated: 7/19/2011                                            /s/ *Sara Norman*
Sara Norman, Esq.
Prison Law Office
Counsel for Plaintiffs

Dated: 7/19/2011                                            /s/ *Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
California Attorney General's Office
Counsel for Defendants

Per the parties' stipulation, IT IS SO ORDERED.

Dated: July 22, 2011

_____
Honorable Charles R. Breyer
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

CF1997CS0006
20446361.doc

2

Stip. Re: Strike Teams (C 96-1486 CRB)