KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
State Bar No. 207095
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Danielle.OBannon@doj.ca.gov
*Attorneys for Defendants State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 96-1486 CRB<br><br>**STIPULATION REGARDING JOINT INTERVIEWS CONDUCTED BY THE PARTIES AS PART OF THE JOINT MONITORING AND/OR AUDITING PROCESS; ORDER**<br><br>Judge         The Honorable Charles R. Breyer<br>Action Filed:   April 22, 1996 |

The parties stipulate that:

1. On September 16, 2010, this Court issued its Findings of Fact and Conclusions of Law denying Defendants' Motion to Terminate the Settlement Agreement.  (Doc. 500.)

2. Since that date, the parties have agreed to conduct joint monitoring of the CDCR's adherence with the Developmental Disability Program.  Additionally, the parties are working together to finalize an auditing tool to further improve the auditing process.  An important element of joint monitoring and/or auditing is joint interviews of class members.  The perspective

1

Stip. Re: Joint Interviews  (C 96-1486 CRB)

of class members is one of several methods that allow the parties to evaluate CDCR's adherence with the Developmental Disability Program.

3. To effectively monitor and/or audit CDCR's adherence with the Developmental Disability Program, the parties must gather sufficient information to provide operational oversight and management of the program. This process includes class member interviews, as well as gathering information through review of written materials and staff interviews.

4. The parties agree that any comments or statements made by a class member in an interview conducted for the purpose of joint monitoring and/or audits shall not be admissible as evidence by either party, unless agreed to by both parties. The parties further agree that the final joint monitoring reports that rely in part on the findings derived from the statements of class members in the interviews are admissible as evidence.

5. Nothing in this agreement prohibits CDCR staff from interacting with inmates in the Developmental Disability Program, documenting that interaction, and/or using information exchanged in the normal course and scope of work to ensure adherence with the Developmental Disability Program.

Dated: _____

    *//s// Sara Norman*
Sara Norman, Esq.
Prison Law Office
Counsel for Plaintiffs

Dated: _____

    *//s// Danielle F. O'Bannon*
Danielle F. O'Bannon
California Attorney General's Office
Counsel for Defendants

Per the parties' stipulation, IT IS SO ORDERED.

Dated: July 16, 2014

_____
Hon. Charles R. Breyer
United States District Judge

2