KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
SHARON A. GARSKE
Deputy Attorney General
State Bar No. 215167
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-4464
  Fax: (510) 622-2270
  E-mail: Sharon.Garske@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
RANA ANABTAWI – 267073
ALISON HARDY - 135966
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DERRICK CLARK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 96-1486 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: REVISIONS TO REMEDIAL PLAN** |

The parties propose to enter into the following stipulation to revise the Remedial Plan as amended on March 1, 2002:

**RELEVANT BACKGROUND**

Under the Settlement Agreement entered into by the parties in this case, the parties adopted a Remedial Plan which governs, in general, the identification of inmates with developmental disabilities, and the services Defendants are to provide to inmates in the Developmental Disability Program (DDP).

Presently, under the Remedial Plan, if an inmate in the DDP is found guilty of a rules violation, the Chief Disciplinary Officer must review the completed Rules Violation Report in

accordance with California Code of Regulations, Title 15, Section 3312. Then the Chief Disciplinary Officer must consult with the DDP clinician regarding the findings and disposition of the hearing before taking action. Remedial Plan*, Amended March 1, 2002* at 50. The clinician must provide input as to the effectiveness of the disposition in correcting the inmate's behavior. *Id.* Both the Chief Disciplinary Officer and the clinician must sign the completed Rules Violation Report. *Id.* By signing this form, the DDP clinician does not endorse the rules violation disposition, but only acknowledges the consultation. *Id.* The need for the Chief Disciplinary Officer to consult with clinicians concerning the rules violation disposition for inmates in the DDP must be incorporated into applicable lesson plans, post orders, and operational procedures at designated institutions. *Id.*

I. **ELIMINATION OF POST- RULES VIOLATION CONSULTATION BETWEEN THE CHIEF DISCIPLINARY OFFICER AND DDP CLINICIAN AND ADOPTION OF *COLEMAN* RULES-VIOLATION EVALUATION PROCESS.**

Presently, the Chief Disciplinary Officer and DDP clinician consult after the findings and disposition of a rules-violation hearing have been issued, but before disciplinary action is taken. The parties have determined that the better course of action is to follow the newly instituted rules-violation process developed in *Coleman v. Brown* (2:90-cv-00520 KJM DAD PC), attached to this stipulation.

Under the revised process, inmates in the DDP who are alleged to have committed a rules violation shall receive a mental health assessment, noted on a CDCR Form 115-MH-A, Rules Violation Report: MH Assessment Request. This mental health assessment incorporates clinical input into the disciplinary process when cognitive or adaptive functioning deficits may have contributed to behavior resulting in a rules violation. Mental health assessments shall be considered by the hearing officer or other official during the disciplinary proceedings when determining whether and how to discipline an inmate. The new process also provides mechanisms to mitigate discipline, allows for alternative forms of documenting inmate behavior, and excludes certain behaviors from Rules Violation Reports.

The parties agree to amend the Remedial Plan to eliminate the post rules-violation consultation between the Chief Disciplinary Officer and DDP clinician, and to use the attached

rules-violation review process, effective on the date of the Order approving the parties' stipulation.

The parties have also agreed to revise the Rules Violation Report policies, procedures, and staff training to reflect the above revision to the Remedial Plan.  CDCR will implement the following:

      a.  Revised Title 15, Sections 3310(d), 3315(h), 3317, 3317.1, 3317.2 (Attachment 1; in draft form);

      b.  Revised Departmental Operating Manual Section 52080.5.8 (Attachment 2; in draft form); and,

      c.  Revised Mental Health Assessment Form (115-MH-A) (Attachment 3).

## STIPULATION

Defendants and Plaintiffs stipulate to the above.

Date: December 16, 2015

*/s/Danielle F. O'Bannon*
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
Office of the California Attorney General
Attorneys for Defendants

Date: December 16, 2015

*/s/Sara Norman*
SARA NORMAN
Prison Law Office
Attorneys for Plaintiffs

It is so ordered.

Dated: December 21st, 2015

United States District Court

CF1997CS0006
90597907.doc

As required by Local Rule 5-1, I, Sharon A. Garske, attest that I obtained concurrence in the filing of this document from Sara Norman and that I have maintained records to support this concurrence.

DATED: December 16, 2015

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Sharon A. Garske*
SHARON A. GARSKE
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name:   **Clark v. State**                              No.   **C 96-1486 CRB**

I hereby certify that on December 16, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION AND [PROPOSED] ORDER RE: REVISIONS TO REMEDIAL PLAN; ATTACHMENTS 1-3

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 16, 2015, at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|---|---|
| Declarant | Signature |

CF1997CS0006
20799459.doc