PRISON LAW OFFICE
MARGOT MENDELSON (268583)
RANA ANABTAWI (267073)
MACKENZIE L. HALTER (333992)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
Rana@prisonlaw.com

LAW OFFICE OF SARA NORMAN
SARA NORMAN (189536)
P.O. Box 170462
San Francisco, CA 94117-0462
Telephone: (415) 236-3763
Sara@saranormanlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK CLARK, et al., | Case No. 3:96-cv-01486-CRB |
| *Plaintiffs*, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| STATE OF CALIFORNIA, et al., | |
| *Defendants*. | Judge: Hon. Charles R. Breyer |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiffs in the above-entitled action. The following attorney should be added to the service list to receive notifications:

Mackenzie L. Halter
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Email: mhalter@prisonlaw.com

/ / /

1

1    DATED: August 5, 2024                    PRISON LAW OFFICE

2                                             By:    */s/ Mackenzie L. Halter*
3                                                    Mackenzie L. Halter

4                                                    *Attorney for Plaintiffs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL                    Case No. 3:96-cv-01486-CRB